DESMOND FITZGERALD, Respondent, v. CITY OF NEW ROCHELLE, Appellant.— Action by plaintiff to recover damages for personal injuries sustained as the result of a fall upon a sidewalk, due to the alleged negligence of defendant in clearing away an upper layer of snow and exposing a sheet of ice, which it permitted to remain. Judgment of the County Court of Westchester County in favor of plaintiff, and order denying defendant's motion to set aside the verdict and for a new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

A. JOSEPH GEIST, Respondent, v. HENRY C. BURNSTINE, Appellant.— In an action brought to compel an accounting after the dissolution of the partnerships, an interlocutory judgment has been entered directing each partner to file an account. The defendant appeals from an order denying his application for a further examination of the partnership books and records. Order affirmed, with ten dollars costs and disbursements. Although the general rule is to the effect that each partner should have free access to the partnership books for the purpose of inspecting them (Sanderson v. Cooke, 256 N. Y. 73), under the situation disclosed by this record, the discretion exercised by the learned Special Term should not be disturbed. The interlocutory decree directs that all books and records shall be produced before the official referee who is to take and state the account. Ample opportunity will, therefore, be afforded to examine the records and to apply for such amendments to the account or the objections thereto as the circumstances may require. Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPH B. CONOLLY, Appellant, for an Order Pursuant to Article 78 of the Civil Practice Act, against EARLE G. BROWN, as Commissioner of Health of the County of Nassau, BENJAMIN R. ALLISON and Others, Constituting the Board of Health of the County of Nassau, RICHARD H. BROWN and Others, Constituting the Civil Service Commission of the County of Nassau, and the COUNTY OF NASSAU, Respondents.— Order denying petitioner's motion for an order directing the respondents, constituting the board of health of the county of Nassau, the civil service commission of the county of Nassau, the commissioner of health of the county of Nassau and the county of Nassau to reinstate him as a deputy health officer for an indeterminate term as a civil service employee and to pay him the salary which has accrued since his discharge on the 31st of August, 1939, unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of Proving the Last Will and Testament of LOUISA AUGUSTINE MELLOT, Also Known as LOUISA AUGUSTINE EMERY MELLOT, Deceased, as a Will of Real and Personal Property. ARTHUR FOL, ELISE EMERY and ANTOINETTE EMERY, Appellants; NORMAN M. MACNAMARA, as Executor Named in the Last Will and Testament of LOUISA AUGUSTINE MELLOT, etc., Deceased, WILLIAM P. MACNAMARA, MARGARET MACNAMARA, AUGUST G. KLAGES, as Special Guardian for KATHLEEN MACNAMARA, ALANNA MACNAMARA, Infants, etc., and TRINITY CHURCH, Respondents.— Appeal from a decree which set aside the verdict of a jury and admitted to probate decedent's last will and testament. Decree of the Surrogate's Court of Queens County unanimously affirmed, with costs to respondents filing briefs, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.